UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Hamblen County Jail

FILED

JUL 10 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Larry Lawson )

)

)

(Enter above the NAME of the plaintiff in this action.) )

v. )

Southern Health Partners. )

Dr. Mathews. )

)

(Enter above the NAME of each defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( ✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: ______________________

______________________

Defendants: ______________________

______________________

2. COURT: (If federal court, name the district; if state court, name the county):

_______________

3. DOCKET NUMBER: _______________

4. Name of Judge to whom case was assigned: _______________

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _______________

6. Approximate date of filing lawsuit: _______________

7. Approximate date of disposition: _______________

II. PLACE OF PRESENT CONFINEMENT: _______________

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? all of Them

2. What was the result? None

D. If your answer to B is NO, explain why not. They Havent worte Back

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? all of Them

2. What was the result? They Havent write Back

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: ______________________________

Present address: ______________________________

Permanent home address: ______________________________

Address of nearest relative: ______________________________

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: ______________________________

Official position: ______________________________

Place of employment: ______________________________

C. Additional defendants: ______________________________

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___6___ day of ___24___, 20_26_

Larry Lawson
Signature of plaintiff(s)

Page(1?) ?

7-7-26
448266

Medical

Datty Sent Me Back To The Pod and said That There was Nothing wrong with me, about a week went By, on 2-19-26 I was Hurting so Bad my celly Had To get The Pod officer To go and get Nurse Datty, They Take me up To Medical and she sent me To lakeway Hospital, where They said my gallbladder Had To Be removed my gallbladder was so Bad, it fall apart when They went To remove it and after They got it all out, Dr adams Had To Put a stent in, That Hamblen county Jail was sapost To TAKe me Back To lakeway Hospital and Have my stent TAKe Back out Not Done That yet on 3/8/26) I got Back from Lakeway Hospital Nurse Angie Told The officer's To TAKe me Back To The Pod I wasn't Even Heald up yet, The officers Put me in a 1men cell with 4 other People I Had To get Inmates To Help me get up off The floor, The officer's gave me a Half of a Matt, Dr adam's Told me to walk around as much as I could But They wasn't No room, Dr Mathews and Nurse Angie on 4-6-26 Take my Blood 4-7-26 & 4-8-26) Every Time I ask what my Blood-Test is They won't Tell me, on 4-10-26 I ask nurse Datty if she could Tell me anyThing about my Blood Test she said The same Thing she ~~could~~ Couldnt Tell me Eather on 4-12-26) 4-13-26 my feet and leg's swelled up witch I Thank it's from medical not TAKeing me To The Hospital To Have my stent Take out,

Nurse Anige Has Been giveing me other People's Med's Not Being ... ame ... To
Nurse Anige Did'nt Bring my Med's on 4-27-26 & 4-28-26

Aeg(7) 7-2-26
448266

The Med's Nurse Angie and Dr. mathews HAve got Me on are Not working, I've filled out grievance on 4/28-24 HAve not got AnyThing Back Yet.
on 4/30/26 still Have'nt Heard anyThing Back
on 5/5/26 ask Nurse Angie for a I.b.u. Angie said she couldn't HAd To get Them off commissary Medical is Charing me for Every little Thing They do and I'm a state INMatt my feet & leg's Hurt Bad all The Time and can't get anyThing for Them or get anyThing Done for Them,
The Dr, Mr Adams as Been seting up Appmoits up And The Jail Medical keeps cancaling Them,
I gave The C.O. The Paper To fill out for my Trust accounts and The sheriff said He wasn't geting it for me, so you will HAve To get a order for it.

Thank You
Larry Lawson

I want my medical Bill's Payed and Pain & suffering,

Larry Lawson 448046
440 North Jackson street
morristown TN 37814
Hamblen county Jail

LegAL mail

KNOXVILLE TN 377
7 JUL 2026 PM 2 L

HAMBLEN CO. JAIL
INMATE MAIL




united states District court
900 Georgia Avenue, Room 309
ChattAnoogA, Tennessee
37402

37402-225984